ACCEPTED
03-15-00278-CV
5298094
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/15/2015 10:19:56 AM
JEFFREY D. KYLE
CLERK

## 03-15-00278-CV

| | | |
|---|---|---|
| **ERIK BREMER,** | § | **IN THE COURT OF APPEALS** |
| **Appellant** | § | FILED 3rd COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| **v.** | § | **FOR THE THIRD JUDICIAL** |
| | § | 5/15/2015 10:19:56 AM |
| | § | JEFFREY D. KYLE |
| **HOME GAME CLUB, INC.,** | § | Clerk |
| **Appellee** | § | **DISTRICT OF TEXAS** |
| | § | |

### APPELLANT'S MOTION TO DISMISS APPEAL

COMES NOW Appellant Erik Bremer and notifies the Court of Appeals that this appeal is moot and should be dismissed.

On April 27, 2015, the Honorable Amy Clark Meachum issued a letter ruling wherein she stated that the court was denying Appellant's Motion to Dismiss Under Chapter 27, Civil Practice & Remedies Code (the "Motion"). The letter ruling requested that Appellee's counsel prepare an order. *See* attached letter ruling.

In an abundance of caution, Appellant gave notice of his appeal on May 11, 2015, prior to the court entering a order on the Motion.

In the meantime, the trial court reconsidered its letter ruling and granted Appellant's Motion. *See* attached order granting Motion. Therefore, this prematurely-filed appeal is moot and should be dismissed.

---

Appellant's Notice to Court of Mootness of Appeal

Respectfully submitted,

The Weichert Law Firm
3821 Juniper Trace, Suite 106
Austin, Texas 78738
(512) 263-2666
(512) 263-2698 - Facsimile


By: /s/ Darryl W. Pruett
Darryl W. Pruett
Texas State Bar No. 00784795
darryl@weichertlaw.com
George V. Basham, III
Texas State Bar No. 01868000
george@weichertlaw.com
Glenn K. Weichert
State Bar No. 21076500
glenn@weichertlaw.com

**ATTORNEYS FOR APPELLANT**

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this notice has been sent in accordance with the Texas Rules of Civil Procedure, as noted below, on this 15TH day of May, 2015, to:

Home Game Club, Inc.
David Tucker, President
5200 Keller Springs Road, #224
Dallas, Texas 75248
Telephone:  (972) 955-6836
No Telecopier Number Provided

   *Hand Delivery in Person or by Agent*
x *Electronic Service*
   *Email Service*
   *Courier Receipted Delivery*
   *Telephonic Document Transfer*
   *Certified Mail, Return Receipt Requested No._____*

/s/ Darryl W. Pruett
Darryl W. Pruett



**AMY CLARK MEACHUM**
Judge
(512) 854-9305

HUETTE MERRELL
Staff Attorney
(512) 854-9895

VICKY MESCHER
Court Operations Officer
(512) 854-9319

## 201ST DISTRICT COURT
HEMAN MARION SWEATT
TRAVIS COUNTY COURTHOUSE
P. O. BOX 1748
AUSTIN, TEXAS 78767
FAX (512) 854-2268

ALICIA RACANELLI
Official Reporter
(512) 854-4028

ARMANDA MARTINEZ
Court Clerk
(512) 854-5857

April 27, 2015

Darryl Pruett
The Weichert Law Firm
3821 Juniper Trace, Suite 106
Austin, Texas 78738
*VIA email: darryl@weichertlaw.com*

David Tucker
5200 Keller Springs Rd, #224
Dallas, Texas 75248
*VIA email: davidatucker@yahoo.com*

Re: Cause No. D-1-GN-15-000700; *Home Game Club, Inc. vs. Erik Bremer; in the 53rd Judicial District Court, Travis County, Texas*

Dear Counsel:

After careful consideration of Defendant Erik Bremer's Motion to Dismiss Under Chapter 27, Civil Practice and Remedies Code, the response, the letter briefing, the evidence, the pleadings and arguments of Counsel, the Court denies Defendant Erik Bremer's Motion to Dismiss Under Chapter 27, Civil Practice and Remedies Code.

Mr. Tucker, please prepare an order, circulate it to opposing counsel for approval as to form, and submit it to this Court for signature. Thank you.

Sincerely,

Amy Clark Meachum
Judge, 201st District Court
Travis County, Texas

Original: Velva L. Price, District Clerk

Filed in The District Court
of Travis County, Texas

MAY 14 2015

At_____4:30_____p. M.
Velva L. Price, District Clerk

| | | |
|---|---|---|
| HOME GAME CLUB, INC. | § | IN THE 53rd JUDICIAL |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| | § | |
| v. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| | § | |
| ERIK BREMER | § | |
| *Defendant* | § | TRAVIS COUNTY, TEXAS |

## ORDER GRANTING DEFENDANT ERIK BREMER'S MOTION TO DISMISS UNDER CHAPTER 27, CIVIL PRACTICE & REMEDIES CODE

THE COURT held a hearing on Defendant Erik Bremer's Motion to Dismiss under Chapter 27, Civil Practice & Remedies Code (the "Motion"), on April 15, 2015, and on May 13, 2015. The Court, having considered the motion and the evidence presented (affidavits of Mike Simpson and Richard Kunz, the declaration of Defendant, and the amended affidavit, as supplemented, of Darryl W. Pruett), including the pleadings, finds that the Motion should be granted.

IT IS HEREBY ORDERED that Defendant Erik Bremer's Motion to Dismiss under Chapter 27, Civil Practice & Remedies Code is hereby GRANTED as to all of Plaintiff's claims and all of Plaintiff's claims are hereby DISMISSED.

IT IS HEREBY ORDERED that Plaintiff pay Defendant Erik Bremer, and that Defendant Erik Bremer recover from Plaintiff, attorney's fees and expenses in the amount of $ 7,500.00/xx . This amount is reasonable and justice and equity require that Defendant recover such amounts from Plaintiff.

IT IS FURTHER ORDERED that Plaintiff pay Defendant Erik Bremer, and that Defendant Erik Bremer recover from Plaintiff, all court costs.

IT IS FURTHER ORDERED that Plaintiff pay Defendant Erik Bremer, and that Defendant Erik Bremer recover from Plaintiff, sanctions in the amount of $ **500.00** , payable within five (5) calendar days of the date of this Order. The Court also dismisses the Plaintiff's claims WITH PREJUDICE. The Court finds that these two sanctions are sufficient to deter Plaintiff from bringing similar actions described in Chapter 27, Civil Practice & Remedies Code, and that no lesser sanction would be sufficient to deter Plaintiff from bringing similar actions in the future.

SIGNED THIS _____**14th**_____ DAY OF MAY, 2015.

_____
THE HONORABLE AMY CLARK MEACHUM

APPROVED AS TO FORM:

_____
Darryl W. Pruett, Attorney for Defendant

_____
David A. Tucker, Attorney for Plaintiff